CO-386-online
10/03



**FILED**

JAN 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Hawaii Annuity Trust Fund for Operating Engineers, )
Derivatively on Behalf of Chiquita Brands, Int'l, Inc. )
)
)                          Case: 1:08-cv-00081
        Plaintiff     )  Civ   Assigned To : Friedman, Paul L.
  vs                  )        Assign. Date : 1/15/2008
Roderick M. Hills, et al.   )   Description: Contract
)
)
        Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Hawaii Annuity Trust Fund for Operating Engineers  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Hawaii Annuity Trust Fund for Operating Engineers  which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

056358                              Roger M. Adelman
_____    _____
BAR IDENTIFICATION NO.              Print Name

                                    1100 Connecticut Ave., NW, Ste. 730
                                    _____
                                    Address

                                    Washington   DC   20036
                                    _____
                                    City         State   Zip Code

                                    202/822-0600
                                    _____
                                    Phone Number

3