UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RODERICK M. HILLS, et al., <br><br> Defendants, <br><br> – and – <br><br> CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 1:08-cv-00081-PLF |

MOTION FOR ADMISSION *PRO HAC VICE* OF ARTHUR C. LEAHY

COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Arthur C. Leahy to appear and participate in proceedings in this Court in the above-referenced action as counsel for plaintiff. The grounds for this motion are set forth in the attached hereto and incorporated herein signed declaration of Mr. Leahy.

The undersigned is a member in good standing of the Bar of the United States District Court of the District of Columbia with whom Mr. Leahy will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

DATED:  January 17, 2008

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)


s/ ROGER M. ADELMAN
ROGER M. ADELMAN

1100 Connecticut Ave., NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
ARTHUR C. LEAHY
AMBER L. ECK
MARY K. BLASY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

S:\CasesSD\Chiquita Derivative\MOT00048434_Leahy.doc

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 17, 2008.

s/ ROGER M. ADELMAN
ROGER M. ADELMAN

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

E-mail:  radelman@erols.com

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE
Service List - 1/17/2008    (07-0235)
Page 1 of 1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
　202/942-5000
　202/942-5999 (Fax)

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
　212/841-1000
　212/841-1010 (Fax)

Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
　202/662-6000
　202/662-6291 (Fax)

Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
　202/778-9000
　202/778-9100 (Fax)

Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
　202/383-5300
　202/383-5414 (Fax)

Sean  Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
　201/488-8200
　201/488-5556 (Fax)

Michael  Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
　973/660-4400
　973/660-4401 (Fax)

Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
　212/603-6748
　212/603-2001 (Fax)

```
FRED J. RUNK
8175 Given Road
Cincinnati, OH  45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT  06820
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., | ) ) ) ) | Civil No. 1:08-cv-00081-PLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RODERICK M. HILLS, et al., | ) ) | |
| | ) | |
| Defendants, | ) ) | |
| | ) | |
| – and – | ) ) | |
| | ) | |
| CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, | ) ) ) | |
| | ) | |
| Nominal Defendant. | ) ) | |
| | ) | |

DECLARATION OF ARTHUR C. LEAHY IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*

ARTHUR C. LEAHY hereby certifies that:

1.      My full name is Arthur C. Leahy.

2.      My address and telephone number is:

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
Facsimile:  619/231-7423

3.      I have been admitted to practice in the courts of the State of California, the Southern,

Northern and Central Districts of California, the District of Hawaii, and the United States Court of

Appeals for the Ninth Circuit.

4.      I am in good standing with all of the referenced Courts and have not been disciplined

by any bar.

5.      Within the past two years, Mr. Leahy has not submitted a *pro hac vice* application in

this Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th

day of January 2008.

                                                    s/ ARTHUR C. LEAHY
                                                    ARTHUR C. LEAHY

S:\CasesSD\Chiquita Derivative\DEC00048434_Leahy.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 17, 2008.

s/ ROGER M. ADELMAN
ROGER M. ADELMAN

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

E-mail:  radelman@erols.com

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE
Service List - 1/17/2008     (07-0235)
Page 1 of 1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
  202/942-5000
  202/942-5999 (Fax)

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
  212/841-1000
  212/841-1010 (Fax)

Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
  202/662-6000
  202/662-6291 (Fax)

Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
  202/778-9000
  202/778-9100 (Fax)

Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
  202/383-5300
  202/383-5414 (Fax)

Sean  Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
  201/488-8200
  201/488-5556 (Fax)

Michael  Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
  973/660-4400
  973/660-4401 (Fax)

Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
  212/603-6748
  212/603-2001 (Fax)

FRED J. RUNK
8175 Given Road
Cincinnati, OH  45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT  06820

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., | ) ) ) ) | Civil No. 1:08-cv-00081-PLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RODERICK M. HILLS, et al., | ) | |
| | ) | |
| Defendants, | ) ) | |
| | ) | |
| – and – | ) ) | |
| | ) | |
| CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, | ) ) ) | |
| | ) | |
| Nominal Defendant. | ) ) | |
| | ) | |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ARTHUR C. LEAHY

Upon consideration of the motion of Roger M. Adelman, D.C. Bar Number 056358, active member of the Bar of this Court, for the admission *pro hac vice* of Arthur C. Leahy, and for good cause shown, it is HEREBY ORDERED THAT the Motion for Admission *Pro Hac Vice* of Arthur C. Leahy is GRANTED, and that Arthur C. Leahy be, and the same hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

DATED: _____     _____
                                    THE HONORABLE PAUL L. FRIEDMAN
                                    UNITED STATES DISTRICT JUDGE

S:\CasesSD\Chiquita Derivative\ORD00048434_Leahy.doc

CERTIFICATE OF SERVICE

I hereby certify that on January ___, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January ___, 2008.

s/ ROGER M. ADELMAN
ROGER M. ADELMAN

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

E-mail:  radelman@erols.com

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE
Service List - 1/17/2008    (07-0235)
Page 1 of  1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
   202/942-5000
   202/942-5999 (Fax)

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
   212/841-1000
   212/841-1010 (Fax)

Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
   202/662-6000
   202/662-6291 (Fax)

Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
   202/778-9000
   202/778-9100 (Fax)

Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
   202/383-5300
   202/383-5414 (Fax)

Sean  Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
   201/488-8200
   201/488-5556 (Fax)

Michael  Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
   973/660-4400
   973/660-4401 (Fax)

Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
   212/603-6748
   212/603-2001 (Fax)

FRED J. RUNK
8175 Given Road
Cincinnati, OH  45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT  06820