UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RODERICK M. HILLS, et al., <br><br> Defendants, <br><br> – and – <br><br> CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, <br><br> Nominal Defendant. | Civil No. 1:08-cv-00081-PLF |

MOTION FOR ADMISSION *PRO HAC VICE* OF AMBER L. ECK

COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Amber L. Eck to appear and participate in proceedings in this Court in the above-referenced action as counsel for plaintiff. The grounds for this motion are set forth in the attached hereto and incorporated herein signed declaration of Ms. Eck.

The undersigned is a member in good standing of the Bar of the United States District Court of the District of Columbia with whom Ms. Eck will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

DATED:  January 17, 2008                LAW OFFICES OF ROGER M. ADELMAN
                                        ROGER M. ADELMAN (DC Bar # 056358)


                                              s/ ROGER M. ADELMAN
                                              ROGER M. ADELMAN

                                        1100 Connecticut Ave., NW, Suite 730
                                        Washington, DC  20036
                                        Telephone:  202/822-0600
                                        202/822-6722 (fax)

                                        COUGHLIN STOIA GELLER RUDMAN
                                          & ROBBINS LLP
                                        ARTHUR C. LEAHY
                                        AMBER L. ECK
                                        MARY K. BLASY
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        Attorneys for Plaintiff

S:\CasesSD\Chiquita Derivative\MOT00048432_Eck.doc

- 1 -

CERTIFICATE OF SERVICE

     I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 17, 2008.

                                     s/ ROGER M. ADELMAN
                                     ROGER M. ADELMAN

                                     LAW OFFICES OF ROGER M. ADELMAN
                                     ROGER M. ADELMAN (DC Bar # 056358)
                                     1100 Connecticut Ave., NW, Suite 730
                                     Washington, DC  20036
                                     Telephone:  202/822-0600
                                     202/822-6722 (fax)

                                     E-mail:  radelman@erols.com

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE
Service List - 1/17/2008    (07-0235)
Page 1 of 1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
　202/942-5000
　202/942-5999 (Fax)

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
　212/841-1000
　212/841-1010 (Fax)

Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
　202/662-6000
　202/662-6291 (Fax)

Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
　202/778-9000
　202/778-9100 (Fax)

Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
　202/383-5300
　202/383-5414 (Fax)

Sean  Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
　201/488-8200
　201/488-5556 (Fax)

Michael  Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
　973/660-4400
　973/660-4401 (Fax)

Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
　212/603-6748
　212/603-2001 (Fax)

```
FRED J. RUNK
8175 Given Road
Cincinnati, OH   45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT   06820
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC.,<br><br>                Plaintiff,<br><br>    vs.<br><br>RODERICK M. HILLS, et al.,<br><br>                Defendants,<br><br>  – and –<br><br>CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation,<br><br>                Nominal Defendant. | Civil No. 1:08-cv-00081-PLF |

DECLARATION OF AMBER L. ECK IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*

AMBER L. ECK hereby certifies that:

1. My full name is Amber L. Eck.

2. My address and telephone number is:

    Coughlin Stoia Geller Rudman & Robbins LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone:  619/231-1058
    Facsimile:  619/231-7423

3. I have been admitted to practice in the courts of the State of California, the Southern, Northern and Central Districts of California and the District of Nevada.

4. I am in good standing with all of the referenced Courts and have not been disciplined by any bar.

5. Within the past two years, Ms. Eck has not submitted a *pro hac vice* application in this Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of January 2008.

s/ AMBER L. ECK
AMBER L. ECK

S:\CasesSD\Chiquita Derivative\DEC00048432_Eck.doc

CERTIFICATE OF SERVICE

     I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 17, 2008.

                                          s/ ROGER M. ADELMAN
                                          ROGER M. ADELMAN

                                          LAW OFFICES OF ROGER M. ADELMAN
                                          ROGER M. ADELMAN (DC Bar # 056358)
                                          1100 Connecticut Ave., NW, Suite 730
                                          Washington, DC  20036
                                          Telephone:  202/822-0600
                                          202/822-6722 (fax)

                                          E-mail:  radelman@erols.com

## Mailing Information for a Case 1:08-cv-00081-PLF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE
Service List - 1/17/2008     (07-0235)
Page 1 of 1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
   202/942-5000
   202/942-5999 (Fax)

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
   212/841-1000
   212/841-1010 (Fax)

Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
   202/662-6000
   202/662-6291 (Fax)

Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
   202/778-9000
   202/778-9100 (Fax)

Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
   202/383-5300
   202/383-5414 (Fax)

Sean Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
   201/488-8200
   201/488-5556 (Fax)

Michael Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
   973/660-4400
   973/660-4401 (Fax)

Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
   212/603-6748
   212/603-2001 (Fax)

```
FRED J. RUNK
8175 Given Road
Cincinnati, OH  45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT  06820
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC.,<br><br>                Plaintiff,<br><br>   vs.<br><br>RODERICK M. HILLS, et al.,<br><br>                Defendants,<br><br>  – and –<br><br>CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation,<br><br>                Nominal Defendant. | Civil No. 1:08-cv-00081-PLF |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF AMBER L. ECK

Upon consideration of the motion of Roger M. Adelman, D.C. Bar Number 056358, active member of the Bar of this Court, for the admission *pro hac vice* of Amber L. Eck, and for good cause shown, it is HEREBY ORDERED THAT the Motion for Admission *Pro Hac Vice* of Amber L. Eck is GRANTED, and that Amber L. Eck be, and the same hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Chiquita Derivative\ORD00048432_Eck.doc

CERTIFICATE OF SERVICE

  I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 17, 2008.

               s/ ROGER M. ADELMAN
               ROGER M. ADELMAN

               LAW OFFICES OF ROGER M. ADELMAN
               ROGER M. ADELMAN (DC Bar # 056358)
               1100 Connecticut Ave., NW, Suite 730
               Washington, DC  20036
               Telephone:  202/822-0600
               202/822-6722 (fax)

               E-mail:  radelman@erols.com

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE
Service List - 1/17/2008    (07-0235)
Page 1 of 1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
　202/942-5000
　202/942-5999 (Fax)

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
　212/841-1000
　212/841-1010 (Fax)

Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
　202/662-6000
　202/662-6291 (Fax)

Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
　202/778-9000
　202/778-9100 (Fax)

Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
　202/383-5300
　202/383-5414 (Fax)

Sean Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
　201/488-8200
　201/488-5556 (Fax)

Michael Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
　973/660-4400
　973/660-4401 (Fax)

Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
　212/603-6748
　212/603-2001 (Fax)

```
FRED J. RUNK
8175 Given Road
Cincinnati, OH  45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT  06820
```