UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., | ) ) ) ) ) | Civil No. 1:08-cv-00081-PLF |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RODERICK M. HILLS, et al., | ) ) | |
| Defendants, | ) ) ) | |
| – and – | ) ) | |
| CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, | ) ) ) | |
| Nominal Defendant. | ) ) ) | |

MOTION FOR ADMISSION *PRO HAC VICE* OF MARY K. BLASY

COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Mary K. Blasy to appear and participate in proceedings in this Court in the above-referenced action as counsel for plaintiff. The grounds for this motion are set forth in the attached hereto and incorporated herein signed declaration of Ms. Blasy.

The undersigned is a member in good standing of the Bar of the United States District Court of the District of Columbia with whom Ms. Blasy will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

DATED: January 17, 2008                LAW OFFICES OF ROGER M. ADELMAN
                                       ROGER M. ADELMAN (DC Bar # 056358)


                                            s/ ROGER M. ADELMAN
                                       _____
                                          ROGER M. ADELMAN

                                       1100 Connecticut Ave., NW, Suite 730
                                       Washington, DC 20036
                                       Telephone: 202/822-0600
                                       202/822-6722 (fax)

                                       COUGHLIN STOIA GELLER RUDMAN
                                         & ROBBINS LLP
                                       ARTHUR C. LEAHY
                                       AMBER L. ECK
                                       MARY K. BLASY
                                       655 West Broadway, Suite 1900
                                       San Diego, CA 92101
                                       Telephone: 619/231-1058
                                       619/231-7423 (fax)

                                       Attorneys for Plaintiff

S:\CasesSD\Chiquita Derivative\MOT00048431_Blasy.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 17, 2008.

s/ ROGER M. ADELMAN
ROGER M. ADELMAN

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

E-mail:  radelman@erols.com

Case 1:08-cv-00081-PLF     Document 6     Filed 01/17/2008     Page 4 of 5

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE

Service List - 1/17/2008     (07-0235)

Page 1 of  1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
   202/942-5000
   202/942-5999 (Fax)


Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
   202/662-6000
   202/662-6291 (Fax)


Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
   202/383-5300
   202/383-5414 (Fax)


Michael  Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
   973/660-4400
   973/660-4401 (Fax)


FRED J. RUNK
8175 Given Road
Cincinnati, OH  45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT  06820

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
   212/841-1000
   212/841-1010 (Fax)


Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
   202/778-9000
   202/778-9100 (Fax)


Sean  Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
   201/488-8200
   201/488-5556 (Fax)


Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
   212/603-6748
   212/603-2001 (Fax)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., | ) ) ) ) ) | Civil No. 1:08-cv-00081-PLF |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RODERICK M. HILLS, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, | ) ) ) | |
| Nominal Defendant. | ) ) ) | |

DECLARATION OF MARY K. BLASY IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*

MARY K. BLASY hereby certifies that:

1.      My full name is Mary K. Blasy.

2.      My address and telephone number is:

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
Facsimile:  619/231-7423

3.      I have been admitted to practice in the courts of the State of California, the Southern,

Northern and Central Districts of California, and the United States Court of Appeals for the Ninth

Circuit.

4.      I am in good standing with all of the referenced Courts and have not been disciplined

by any bar.

5.      Within the past two years, Ms. Blasy submitted a *pro hac vice* application in this

Court in *City of Harper Woods Employees' Retirement System v. Oliver*, No. 07-cv-01646; that

application was granted on October 10, 2007.  Ms. Blasy also submitted a *pro hac vice* application in

*In re Fannie Mae Derivative Litig.*, No. 04-cv-01783; that application was granted on February 26,

2005.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th

day of January 2008.

                                                      s/ MARY K. BLASY
                                        _____
                                                        MARY K. BLASY

S:\CasesSD\Chiquita Derivative\DEC00048431_Blasy.doc

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on January 17, 2008.


s/ ROGER M. ADELMAN
ROGER M. ADELMAN

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

E-mail:  radelman@erols.com

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE

Service List - 1/17/2008     (07-0235)

Page 1 of  1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
   202/942-5000
   202/942-5999 (Fax)


Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
   202/662-6000
   202/662-6291 (Fax)


Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
   202/383-5300
   202/383-5414 (Fax)


Michael  Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
   973/660-4400
   973/660-4401 (Fax)


FRED J. RUNK
8175 Given Road
Cincinnati, OH   45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT   06820

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
   212/841-1000
   212/841-1010 (Fax)


Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
   202/778-9000
   202/778-9100 (Fax)


Sean  Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
   201/488-8200
   201/488-5556 (Fax)


Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
   212/603-6748
   212/603-2001 (Fax)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., | ) ) ) ) ) | Civil No. 1:08-cv-00081-PLF |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RODERICK M. HILLS, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, | ) ) ) | |
| Nominal Defendant. | ) ) ) | |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF MARY K. BLASY

Upon consideration of the motion of Roger M. Adelman, D.C. Bar Number 056358, active member of the Bar of this Court, for the admission *pro hac vice* of Mary K. Blasy, and for good cause shown, it is HEREBY ORDERED THAT the Motion for Admission *Pro Hac Vice* of Mary K. Blasy is GRANTED, and that Mary K. Blasy be, and the same hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

DATED: _____     _____
                                           THE HONORABLE PAUL L. FRIEDMAN
                                           UNITED STATES DISTRICT JUDGE

S:\CasesSD\Chiquita Derivative\ORD00048431_Blasy.doc

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on January 17, 2008.


       s/ ROGER M. ADELMAN
       ROGER M. ADELMAN

       LAW OFFICES OF ROGER M. ADELMAN
       ROGER M. ADELMAN (DC Bar # 056358)
       1100 Connecticut Ave., NW, Suite 730
       Washington, DC  20036
       Telephone:  202/822-0600
       202/822-6722 (fax)

       E-mail:  radelman@erols.com

District of Columbia live database
Page 1 of 1
Case 1:08-cv-00081-PLF    Document 6-3    Filed 01/17/2008    Page 4 of 5

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE

Service List - 1/17/2008    (07-0235)

Page 1 of  1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
  202/942-5000
  202/942-5999 (Fax)


Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
  202/662-6000
  202/662-6291 (Fax)


Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
  202/383-5300
  202/383-5414 (Fax)


Michael  Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
  973/660-4400
  973/660-4401 (Fax)


Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
  212/841-1000
  212/841-1010 (Fax)


Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
  202/778-9000
  202/778-9100 (Fax)


Sean  Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
  201/488-8200
  201/488-5556 (Fax)


Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
  212/603-6748
  212/603-2001 (Fax)


FRED J. RUNK
8175 Given Road
Cincinnati, OH  45243

HOWARD W. BARKER, JR.
17 Littlebrook Drive, N.
Darien, CT  06820