IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS,** derivatively on behalf of CHIQUITA BRANDS INTERNATIONAL, INC.,<br><br>**Plaintiff,**<br><br>v.<br><br>**RODERICK M. HILLS, et al.,**<br><br>**Defendants.**<br><br>- and -<br><br>**CHIQUITA BRANDS INTERNATIONAL, INC.,**<br><br>**Nominal Defendant.** | No. 1:08-cv-00081-PLF |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Eric H. Holder, Jr. of Covington & Burling LLP appears as counsel on behalf of nominal defendant Chiquita Brands International, Inc. in the above-entitled action.

                                          Respectfully submitted,

                                            /s/ Eric H. Holder, Jr.
                                      Eric H. Holder, Jr. (D.C. Bar No. 303115)
                                      Covington & Burling LLP
                                      1201 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20004
                                      (202) 662-5372 (telephone)
                                      (202) 778-5372 (facsimile)
                                      eholder@cov.com

                                      *Attorney for Nominal Defendant Chiquita Brands International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Notice of Appearance were served upon:

>Roger M. Adelman
>Law Offices of Roger M. Adelman
>1100 Connecticut Ave., NW, Suite 730
>Washington, DC 20036
>
>Arthur C. Leahy
>Amber L. Eck
>Mary K. Blasy
>Coughlin Stoia Geller Rudman & Robbins LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101

by electronic filing under the Rules of this Court on this 28th day of January, 2008.

>/s/ Eric H. Holder, Jr.
>Eric H. Holder, Jr.