IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS,** derivatively on behalf of CHIQUITA BRANDS INTERNATIONAL, INC.,<br><br>                                **Plaintiff,**<br>v.<br><br>**RODERICK M. HILLS, et al.,**<br><br>                                **Defendants.**<br><br>- and -<br><br>**CHIQUITA BRANDS INTERNATIONAL, INC.,**<br><br>                                **Nominal Defendant.** | No. 1:08-cv-00081-PLF |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Jenny R. Mosier of Covington & Burling LLP appears as counsel on behalf of nominal defendant Chiquita Brands International, Inc. in the above-entitled action.

                                                        Respectfully submitted,

                                                          /s/ Jenny R. Mosier
                                                Jenny R. Mosier (D.C. Bar No. 488486)
                                                COVINGTON & BURLING LLP
                                                1201 Pennsylvania Avenue, N.W.
                                                Washington, D.C.  20004
                                                (202) 662-5562 (telephone)
                                                (202) 778-5562 (facsimile)
                                                jmosier@cov.com

                                                *Attorney for Nominal Defendant Chiquita Brands International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Notice of Appearance were served upon:

>Roger M. Adelman
>Law Offices of Roger M. Adelman
>1100 Connecticut Ave., NW, Suite 730
>Washington, DC 20036
>
>Arthur C. Leahy
>Amber L. Eck
>Mary K. Blasy
>Coughlin Stoia Geller Rudman & Robbins LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101

by electronic filing under the Rules of this Court on this 28th day of January, 2008.

>    /s/    Jenny R. Mosier
>          Jenny R. Mosier