UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEET METAL WORKERS LOCAL #218(s) PENSION FUND, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RODERICK M. HILLS, et al., <br><br> Defendants, <br><br> – and – <br><br> CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, <br><br> Nominal Defendant. | Civil No. 1:07-cv-01957-PLF |

[Caption continued on following page.]

NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE AND ESTABLISH A
LEADERSHIP STRUCTURE AND RESPONSE TO DEFENDANTS' MOTION TO DEFER
BRIEFING ON PLAINTIFF'S MOTION TO CONSOLIDATE AND ESTABLISH A
LEADERSHIP STRUCTURE

| | |
|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>RODERICK M. HILLS, et al.,<br><br>      Defendants,<br><br> – and –<br><br>CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation,<br><br>      Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:08-cv-00081-PLF |

WHEREAS, on January 25, 2008, The Hawaii Trust Fund for Operating Engineers (the "Trust Fund") filed a Motion to Consolidate Related Shareholder Derivative Actions and Establish a Leadership Structure;

WHEREAS, on January 28, 2008, Defendants filed a Motion to Defer Briefing on the Trust Fund's Motion to Consolidate Shareholder Derivative Actions and Establish a Leadership Structure and Request For Expedited Briefing on This Motion; and

WHEREAS, based on Plaintiff counsel's attendance at the January 30, 2008 MDL Panel hearing in Arizona and the cogent arguments presented by plaintiffs' and defendants' counsel vis-à-vis the advantages of proceeding in this District and in the Southern District of Ohio, the Trust Fund believes that the decision regarding consolidation and establishment of a leadership structure should be postponed, pending the ruling of the MDL Panel;

THEREFORE, the Trust Fund respectfully withdraws its Motion to Consolidate and Establish a Leadership Structure and submits that Defendants' Motion to Defer Briefing on Plaintiff's Motion to Consolidate and Establish a Leadership Structure is moot.

DATED:  January 31, 2008           THE LAW OFFICE OF ROGER M. ADELMAN
                                   ROGER M. ADELMAN (DC Bar # 056358)


                                          s/ ROGER M. ADELMAN
                                          ROGER M. ADELMAN

                                   1100 Connecticut Ave., NW, Suite 730
                                   Washington, DC  20036
                                   Telephone:  202/822-0600
                                   202/822-6722 (fax)

- 2 -

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        PATRICK J. COUGHLIN
        ARTHUR C. LEAHY
        AMBER L. ECK
        MARY K. BLASY
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

        Attorneys for Plaintiff

S:\CasesSD\Chiquita Derivative\NOT00048844.doc

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 31, 2008.

                                        s/ ROGER M. ADELMAN
                                        ROGER M. ADELMAN

                                        LAW OFFICES OF ROGER M. ADELMAN
                                        ROGER M. ADELMAN (DC Bar # 056358)
                                        1100 Connecticut Ave., NW, Suite 730
                                        Washington, DC  20036
                                        Telephone:  202/822-0600
                                        202/822-6722 (fax)

                                        E-mail:  radelman@erols.com

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE
Service List - 1/22/2008    (07-0235)
Page 1 of 1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
   202/942-5000
   202/942-5999 (Fax)

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
   212/841-1000
   212/841-1010 (Fax)

Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
   202/662-6000
   202/662-6291 (Fax)

Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
   202/778-9000
   202/778-9100 (Fax)

Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
   202/383-5300
   202/383-5414 (Fax)

Sean Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
   201/488-8200
   201/488-5556 (Fax)

Michael Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
   973/660-4400
   973/660-4401 (Fax)

Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
   212/603-6748
   212/603-2001 (Fax)