IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Hawaii Annuity Trust Fund For Operating Engineers, derivatively on behalf of Chiquita Brands International, Inc.<br><br>Plaintiff(s)<br><br>v.<br><br>Roderick M. Hills, *et al.*,<br><br>Defendants. | Civ. No. 08-00081 (PLF) |

**STIPULATION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, plaintiff commenced this action on January 15, 2008;

WHEREAS, on November 26, 2007, nominal plaintiff Chiquita Brands International, Inc. ("Chiquita") filed a motion before the Judicial Panel on Multidistrict Litigation ("the MDL Motion"), pursuant to 28 U.S.C. § 1407, to centralize two pending shareholder derivative cases and four pending Alien Tort Statute cases before this Court for coordinated or consolidated pretrial proceedings;

WHEREAS, on January 16, 2008, Chiquita filed a notice identifying this action to the MDL Panel as a potential tag-along action to those cases; and

WHEREAS, on January 30, 2008, oral argument of the MDL Motion was heard;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. Counsel for Chiquita is authorized and has agreed to accept service of the complaint on behalf of all defendants; and

2

2.    The time for all defendants to answer, move, or otherwise respond to the complaint is hereby extended to the date thirty (30) days after the MDL Motion is decided.

Dated: Washington, D.C.
          February 5, 2008

| COUGHLIN STOIA GELLAR RUDMAN & ROBBINS LLP | COVINGTON & BURLING LLP |
|---|---|
| By: */s/ Mary K. Blasy / jrm* | By: */s/ Jenny R. Mosier* |
| Arthur C. Leahy<br>Amber L. Eck<br>Mary K. Blasy<br>507 C. Street N.E.<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>*Counsel to Plaintiff* | Eric. H. Holder, Jr. (D.C. Bar No. 303115)<br>Jenny R. Mosier (D.C. Bar No. 488486)<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br><br>*Counsel to Defendant*<br>*Chiquita Brands International, Inc.* |

APPROVED:

this ___ day of _____, 200__        _____
                                                                                                             THE HONORABLE PAUL L. FRIEDMAN
                                                                                                             UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Stipulation for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint were served upon:

> Roger M. Adelman
> Law Offices of Roger M. Adelman
> 1100 Connecticut Ave., NW, Suite 730
> Washington, DC  20036
>
> Arthur C. Leahy
> Amber L. Eck
> Mary K. Blasy
> Coughlin Stoia Geller Rudman & Robbins LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101

by electronic filing under the Rules of this Court on this 5th day of February, 2008.

/s/   Jenny R. Mosier
Jenny R. Mosier
