IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Hawaii Annuity Trust Fund For Operating Engineers, derivatively on behalf of Chiquita Brands International, Inc.<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>Roderick M. Hills, *et al.*,<br><br>　　　　Defendants. | Civ. No. 08-00081 (PLF) |

**STIPULATION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, plaintiff commenced this action on January 15, 2008;

WHEREAS, on February 7, 2008, this Court entered an Order Extending Time for Defendants to Answer, Move, or Otherwise Respond to the Complaint pending resolution of a motion before the Judicial Panel on Multidistrict Litigation;

WHEREAS, on February 20, 2008, the Judicial Panel on Multidistrict Litigation entered an order transferring two pending federal shareholder derivative cases and four pending Alien Tort Statute cases to Judge Kenneth Marra of the United States District Court for the Southern District of Florida for consolidated or coordinated pretrial proceedings under the docket number MDL 1916 and ordering that this action be treated as a tag-along action to those cases;

WHEREAS, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, a conditional transfer order transferring this action to the United States District Court of the Southern District of Florida for inclusion in MDL 1916 was issued February 27, 2008, to become effective upon entry in the Office of the Clerk of the United States

District Court for the Southern District of Florida after a stay of 15 days to provide any party the opportunity to file a notice of opposition; and

WHEREAS, the parties to this action do not intend to oppose such conditional transfer order;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for all defendants to answer, move, or otherwise respond to the complaint is hereby adjourned pending further order of the United States District Court for the Southern District of Florida following transfer.

Dated: Washington, D.C.
　　　　March 5, 2008

| | |
|---|---|
| COUGHLIN STOIA GELLAR RUDMAN & ROBBINS LLP | COVINGTON & BURLING LLP |
| By: *[signature]* | By: *[signature]* Jenny R. Mosier |
| Arthur C. Leahy<br>Amber L. Eck<br>Mary K. Blasy<br>507 C. Street N.E.<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 | Eric. H. Holder, Jr. (D.C. Bar No. 303115)<br>Jenny R. Mosier (D.C. Bar No. 488486)<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| *Counsel to Plaintiff* | *Counsel to Defendant*<br>*Chiquita Brands International, Inc.* |

APPROVED:

this ___ day of _____, 2008    _____
　　　　　　　　　　　　　　　　　　　THE HONORABLE PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Stipulation for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint were served upon:

>Roger M. Adelman
>Law Offices of Roger M. Adelman
>1100 Connecticut Ave., NW, Suite 730
>Washington, DC  20036
>
>Arthur C. Leahy
>Amber L. Eck
>Mary K. Blasy
>Coughlin Stoia Geller Rudman & Robbins LLP
>655 West Broadway, Suite 1900
>San Diego, CA  92101

by electronic filing under the Rules of this Court on this 5th day of March, 2008.

>             /s/     Jenny R. Mosier
>                     Jenny R. Mosier