A CERTIFIED TRUE COPY
MAR 14 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Dina R. Eaton
Deputy Clerk
Date 3/24/2008

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND SHAREHOLDERS
DERIVATIVE LITIGATION

Hawaii Annuity Trust Fund for Operating Engineers, etc. )
   v. Roderick M. Hills, et al., )
   D. District of Columbia, C.A. No. 1:08-81 )
Henry Taylor, etc. v. Fernando Aguirre, et al., )
   D. New Jersey, C.A. No. 3:07-6002 )

MDL No. 1916

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 20, 2008, the Panel transferred five civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Kenneth A. Marra.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Marra.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 20, 2008, and, with the consent of that court, assigned to the Honorable Kenneth A. Marra.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 14 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC., ALIEN TORT STATUTE AND SHAREHOLDERS DERIVATIVE LITIGATION

MDL No. 1916

## INVOLVED COUNSEL LIST (CTO-1)

Roger M. Adelman
LAW OFFICES OF ROGER M ADELMAN
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

Andrew T. Berry
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102-0652

Joseph J. DePalma
LITE DEPALMA GREENBERG & RIVAS LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003

Amber L. Eck
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Eric H. Holder
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2494