# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT



March 24, 2008

United States District Court
District of District of Columbia
Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001-2802

RE: MDL No. 1916 Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation
    Our Case #(s)    08-MD-1916
    Your Case No. 1:08-81 Hawaii Annuity Trust Fund for Operating Engineers, etc. V. Roderick M. Hills, et al..

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Kenneth A. Marra.

Please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Transfer Order) as PDF documents to the Southern District of Florida via electronic mail at: CMECF_CaseTransfers@flsd.uscourts.gov

STEVEN M. LARIMORE
Clerk of Court

by:   _s/_____
     Dena R. Eaton
     MDL Clerk

---

| 301 N. Miami Avenue | 299 E. Broward Boulevard | ✱ 701 Clematis Street | ☐ 301 Simonton Street | ☐ 300 S. Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |